**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

ERNEST FRANKLIN BRUTON, III                                              PLAINTIFF

V.                                        NO: 4:16CV00924 KGB/PSH

BRIAN *et al*                                                            DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Ernest Franklin Bruton, III, who was formerly held at the Saline County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 23, 2016.  On February 14, 2017, after mail sent to Bruton at his address of record was returned as undeliverable, the Court entered an order directing Bruton to file a notice of his current mailing address within 30 days. Doc. No. 10.  That same order warned Bruton that his failure to do so would result in the recommended dismissal of his complaint.  More than 30 days have passed, and Bruton has not updated his address or otherwise responded to the Court's order.  Mail sent to Bruton at his address of record continues to be returned as undeliverable.  Doc. No. 11.  Additionally, Bruton is not listed as a current inmate

on the public websites maintained by the Arkansas Department of Correction or the Federal Bureau of Prisons.  Under these circumstances, the Court concludes that Bruton's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff Ernest Franklin Bruton, III's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE