IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ERNEST FRANKLIN BRUTON, III**            **PLAINTIFF**

v.            Case No. 4:16-cv-00924-KGB

**BRIAN** *et al.*,            **DEFENDANTS**

**<u>ORDER</u>**

The Court has received and reviewed the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). Plaintiff Ernest Franklin Bruton, III has not objected to the Recommendation, and the time to do so has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Mr. Bruton's complaint is dismissed without prejudice (Dkt. No. 2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 5th day of July, 2018.

                                                 */s/ Kristine G. Baker*
                                                 Kristine G. Baker
                                                 United States District Judge